No. 945.  PHILADELPHIA TRANSPORTATION CO. ET AL. *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL.  Sup. Ct. Pa.  Certiorari denied.  *Arnold R. Ginsburg* and *George J. Miller* for Philadelphia Transportation Co. et al., and *Francis T. Anderson* for Janney et al., petitioners.  *William T. Coleman, Jr., Lewis H. Van Dusen, Jr.,* and *Richardson Dilworth* for Southeastern Pennsylvania Transportation Authority, and *Levy Anderson* for the City of Philadelphia, respondents.

No. 1118.  ELLIOTT ET AL. *v.* FEDERAL HOME LOAN BANK BOARD ET AL.; and

No. 1119.  ROSS *v.* FEDERAL HOME LOAN BANK BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.  *Charles K. Chapman* for petitioner Long Beach Federal Savings & Loan Assn., and *George W. Trammell* for petitioner Shareholders' Protective Committee in No. 1118.  *Harvey M. Grossman* for petitioner in No. 1119.  *Solicitor General Griswold, Assistant Attorney General Weisl, Carl Eardley, John C. Eldridge, Leonard Schaitman* and *Alan J. Moscov* for respondents Federal Home Loan Bank Board et al., and *Thomas C. Lynch,* Attorney General of California, and *Arthur C. de Goede* and *David W. Halpin,* Deputy Attorneys General, for respondent Savings and Loan Commissioner, in both cases.  Reported below: 386 F. 2d 42.

No. 1135.  MIENTKE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1140.  CHANEY *v.* STATE BAR OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.  *Homer I. Mitchell* and *F. La Mar Forshee* for respondents.